UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

| | |
|---|---|
| ABRO MANAGEMENT CORP., <br><br>                    Plaintiff, <br><br> v. <br><br> MIDVALE INDEMNITY COMPANY and DUAL COMMERCIAL LLC, <br><br>                    Defendant. | 20-Cv-7030 (SHS) <br><br> ORDER |

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Midvale Indemnity Company removed this action from New York State Supreme Court, New York County, to this Court on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332 on August 28, 2020 (ECF No. 1), and plaintiff ABRO Management Corp. moved by Order to Show Cause to remand the action to New York State Supreme Court on September 1. (ECF No. 3.)

    On September 2, this Court ordered that defendants respond to plaintiff's motion to remand by September 9, and noted that a limited liability company has the citizenship of each of its members for purposes of diversity jurisdiction. *See Horowitz v. Loop Capital Markets LLC*, No. 15-Cv-1253 (SHS), 2016 WL 727211, at *1 (S.D.N.Y. Feb. 19, 2016); *Liu v. 88 Harborview Realty, LLC*, 5 F. Supp. 3d 443, 447 (S.D.N.Y. 2014). On September 9, defendants Midvale and Dual Commercial LLC filed their joint response but failed to set forth the citizenship of each of Dual Commercial's members. The Court thus lacks a sufficient basis to determine whether it has subject matter jurisdiction pursuant to 28 U.S.C. § 1332. Accordingly,

    IT IS HEREBY ORDERED that defendant Dual Commercial LLC shall inform this Court of the citizenship of each of its members by September 15, 2020, at 12:00 P.M.

Dated: New York, New York
       September 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.