UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ABRO MANAGEMENT CORP.,                    :        20-Cv-7030 (SHS)

                              Plaintiff,  :
              -v-                                  ORDER
                                          :
MIDVALE INDEMNITY CORP., and DUAL
COMMERCIAL, LLC,                          :

                              Defendants. :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A teleconference having been held today, with counsel for all parties participating,

        IT IS HEREBY ORDERED that:

        1.      For the reasons set forth on the record today, defendants' motion to dismiss the
amended complaint [Doc. No. 25] is granted without prejudice;

        2.      If plaintiff intends to file a second amended complaint, it shall do so on or before
January 8, 2021;

        3.      Any further dismissal will be with prejudice; and

        4.      There will be a pretrial conference on March 11, 2020, at 12:00 p.m.

Dated:  New York, New York
        December 8, 2020

                                        SO ORDERED


                                        _____
                                        SIDNEY H. STEIN
                                        U.S.D.J.