UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ABRO MANAGEMENT CORP.,                    :        20-Cv-7030 (SHS)

                Plaintiff,             :

     -v-                                                      <u>ORDER</u>

                                                       :

MIDVALE INDEMNITY COMPANY, and
DUAL COMMERCIAL LLC,                      :

                Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial teleconference having been held today, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

      1.    Defendants shall respond to plaintiff's first set of interrogatories and request for production of documents on or before April 9, 2021;

      2.    The last day for completion of discovery is May 14, 2021; and

      3.    There will be a pretrial conference on June 10, 2021, at 9:30 a.m.

Dated: New York, New York
       March 11, 2021

                                           SO ORDERED:

                                           Sidney H. Stein, U.S.D.J.