UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ABRO MANAGEMENT CORP.,                :        20-Cv-7030 (SHS)

                Plaintiff,      :
   -v-                                                                        ORDER

                                             :
MIDVALE INDEMNITY CORP., and DUAL
COMMERCIAL, LLC,                              :

               Defendants.   :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A status conference having been held today by telephone, with counsel for all parties participating,

     IT IS HEREBY ORDERED that:

     1.    The last day for the parties to file cross motions for summary judgment is August 16, 2021;

     2.    The last day for the parties to file responses to any cross motions is September 10, 2021; and

     3.    No replies to the cross motions shall be filed.

Dated:  New York, New York
           June 10, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.